Opinion by DENSON, J.

HARALSON, DOWDELL & SIMPSON, JJ., concur.

----

# Allen *v.* Smith.

*New Trial.*

(Decided Nov. 22, 1905, 39 So. Rep. 615.)

APPEAL from Choctaw Circuit Court.
Heard before Hon. JOHN T. LACKLAND.

W. F. GLOVER, for appellant.
G. H. CARNATHAN, for appellee.

Reversed and remanded.

Opinion by SIMPSON, J.

HARALSON, DOWDELL & DENSON, JJ., concur.

----

# Richards *v.* Herald Shoe Co.

*Assumpsit.*

(Decided Nov. 16, 1905, 39 So. Rep. 615.)

APPEAL from Mobile City Court.
Heard before Hon. O. J. SEMMES.

B. F. McMILLAN, for appellant.
FITTS & STOUTZ, for appellee.

Reversed and remanded.

Opinion by DOWDELL, J.

HARALSON, SIMPSON and DENSON, JJ., concur.

----

# Louisville & Nashville R. R. Co. *v.* Quinn.

*Damages.*

(Decided Nov. 28, 1905, 39 So. Rep. 616.)

APPEAL from Bibb Circuit Court.

Heard before Hon. B. M. MILLER.

G. W. JONES and ELLISON & COLLIER, for appellant.
J. M. MCMASTER and LOGAN & VANDEGRAFF, for appellee.

Reversed and remanded.

Opinion by TYSON, J.

SIMPSON, ANDERSON & DENSON, JJ., concur.

---

## Louisville & Nashville R. R. Co. v. Quinn.

### Damages.

(Decided Dec. 21, 1905, 39 So. Rep. 617.)

APPEAL from Bibb Circuit Court.
Heard before Hon. B. M. MILLER.

G. W. JONES and ELLISON & COLLIER, for appellant.
J. M. MCMASTER and LOGAN & VANDEGRAFF, for appellee.

ANDERSON, J.—Reversed and remanded on the authority of L. & N. R. R. Co. v. Quinn, supra.

TYSON, SIMPSON & DENSON, JJ., concur.

---

## Ex Parte Jordan.

### Application for Appointment as Administrator.

(Decided Nov. 28, 1905, 39 So. Rep. 618.)

APPEAL from Covington Probate Court.
Heard before Hon. J. M. ROBINSON, JR.

J. F. JONES, for appellant.

POWELL, ALBRITTON & ALBRITTON, amicus curiae.

Reversed and remanded.

Opinion by SIMPSON, J.

TYSON, ANDERSON & DENSON, JJ., concur.